AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Oregon

SEAN A. MAUZE,

*Plaintiff(s)*

v.

GE VERNOVA INC., GE VERNOVA INTERNATIONAL LLC, AND GENERAL ELECTRIC COMPANY,

*Defendant(s)*

Civil Action No. 6:24-cv-01800-MC

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* GE VERNOVA INC.
CT CORPORATION SYSTEM, REGISTERED AGENT
780 COMMERICAL STREET, SUITE 100
SALEM, OR 97301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Michael R. Seidl, Seidl Law Office PC, 7915 SE 35th Avenue, Portland, OR 97202 and Samantha J. Copeland, Samantha J. Copeland, Attorney at Law, 2000 NE 42nd Avenue, PMB 1069, Portland, OR 97213

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**MELISSA AUBIN, Clerk of Court**

**Date: 10/29/2024**

**By: s/S.Sellers, Deputy Clerk**

Civil Action No. 6:24-cv-01800-MC

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ______________________
was received by me on *(date)* ______________ .

❒ I personally served the summons on the individual at *(place)* ______________________
______________________ on *(date)* ______________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________
______________________ , a person of suitable age and discretion who resides there,
on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ______________
______________________ on *(date)* ______________ ; or

❒ I returned the summons unexecuted because ______________________ ; or

❒ Other *(specify)*:

My fees are $ __________ for travel and $ __________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ______________

______________________
*Server's signature*

______________________
*Printed name and title*

______________________
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Oregon

| | |
|---|---|
| SEAN A. MAUZE,<br>*Plaintiff(s)*<br>v.<br>GE VERNOVA INC., GE VERNOVA INTERNATIONAL LLC, AND GENERAL ELECTRIC COMPANY,<br>*Defendant(s)* | Civil Action No. 6:24-cv-01800-MC |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* GE VERNOVA INTERNATIONAL LLC
CT CORPORATION SYSTEM, REGISTERED AGENT
780 COMMERICAL STREET, SUITE 100
SALEM, OR 97301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Michael R. Seidl, Seidl Law Office PC, 7915 SE 35th Avenue, Portland, OR 97202 and Samantha J. Copeland, Samantha J. Copeland, Attorney at Law, 2000 NE 42nd Avenue, PMB 1069, Portland, OR 97213

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**MELISSA AUBIN, Clerk of Court**

**Date: 10/29/2024**

**By: s/S.Sellers, Deputy Clerk**

UNITED STATES DISTRICT COURT DISTRICT OF OREGON

Civil Action No. 6:24-cv-01800-MC

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ______________________
was received by me on *(date)* ______________ .

❒ I personally served the summons on the individual at *(place)* ______________________
______________________ on *(date)* ______________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________
______________________ , a person of suitable age and discretion who resides there,
on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ______________
______________________ on *(date)* ______________ ; or

❒ I returned the summons unexecuted because ______________________ ; or

❒ Other *(specify)*:

My fees are $ __________ for travel and $ __________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ______________

______________________
*Server's signature*

______________________
*Printed name and title*

______________________
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Oregon

| | | |
|---|---|---|
| SEAN A. MAUZE,<br>*Plaintiff(s)*<br>v.<br>GE VERNOVA INC., GE VERNOVA INTERNATIONAL LLC, AND GENERAL ELECTRIC COMPANY,<br>*Defendant(s)* | ) | Civil Action No. 6:24-cv-01800-MC |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* GENERAL ELECTRIC COMPANY
CT CORPORATION SYSTEM, REGISTERED AGENT
780 COMMERICAL STREET, SUITE 100
SALEM, OR 97301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Michael R. Seidl, Seidl Law Office PC, 7915 SE 35th Avenue, Portland, OR 97202 and Samantha J. Copeland, Samantha J. Copeland, Attorney at Law, 2000 NE 42nd Avenue, PMB 1069, Portland, OR 97213

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

UNITED STATES DISTRICT COURT DISTRICT OF OREGON

**MELISSA AUBIN, Clerk of Court**

**Date: 10/29/2024**

**By: s/S.Sellers, Deputy Clerk**

Civil Action No. 6:24-cv-01800-MC

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ______________________________
was received by me on *(date)* ______________ .

❒ I personally served the summons on the individual at *(place)* ______________________________
______________________________ on *(date)* ______________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________
______________________________ , a person of suitable age and discretion who resides there,
on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________________________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ______________
______________________________ on *(date)* ______________ ; or

❒ I returned the summons unexecuted because ______________________________ ; or

❒ Other *(specify)*:

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ______________

______________________________
*Server's signature*

______________________________
*Printed name and title*

______________________________
*Server's address*

Additional information regarding attempted service, etc: