Megan J. Crowhurst, Bar No. 132311
mcrowhurst@littler.com
Joseph M. Cooper, Bar No. 195169
jcooper@littler.com
LITTLER MENDELSON, P.C.
1300 SW 5th Avenue
Wells Fargo Tower - Ste 2050
Portland, Oregon 97201
Telephone: 503.221.0309
Fax No.: 503.242.2457

Attorneys for Defendants, GE Vernova Inc., GE Vernova International LLC, and General Electric Company

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| **SEAN A. MAUZE, an individual,**<br><br>Plaintiff,<br><br>v.<br><br>**GE VERNOVA INC., a Foreign Business Corporation; GE VERNOVA INTERNATIONAL LLC, a Foreign Limited Liability Corporation; and GENERAL ELECTRIC COMPANY, a Foreign Business Corporation,**<br><br>Defendants. | Case No. 6:24-cv-01800-MC<br><br>DEFENDANTS' FRCP 7.1 AND LR 7.1-1 CORPORATE DISCLOSURE STATEMENT |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, Defendants GE Vernova Inc., GE Vernova International LLC, and General Electric Company, LLC (collectively as "Defendants") provide the following corporate disclosure statement:

In April 2024, the power, energy, and digital companies previously considered part of General Electric Company were spun off to form GE Vernova Inc., a publicly-held corporation

that has no corporate parent, and no publicly-held corporation owns 10% or more of GE Vernova Inc.'s stock. For purposes of diversity jurisdiction under 28 U.S.C. § 1332(a), GE Vernova Inc. is a corporation organized under the laws of the State of Delaware with its principal place of business located in Massachusetts.

GE Vernova International LLC is a wholly-owned subsidiary of GE Vernova International Holdings, Inc., which is a wholly-owned subsidiary of GE Vernova Inc. No publicly-held corporation owns 10% or more of GE Vernova International LLC's stock. For purposes of diversity jurisdiction under 28 U.S.C. § 1332(a), GE Vernova International LLC is a limited liability company organized under the laws of the State of Delaware with its principal place of business located in Massachusetts.

General Electric Company, which now operates as GE Aerospace, is a publicly-held corporation that has no corporate parent, and no publicly-held corporation owns 10% or more of its stock. General Electric Company is a publicly-held corporation organized under the laws of the State of New York with its principal place of business located in Ohio.

Dated: November 18, 2024

LITTLER MENDELSON, P.C.

*/s/ Megan J. Crowhurst*

Megan J. Crowhurst, OSB No. 132311
MCrowhurst@littler.com
Joseph M. Cooper, OSB No. 195169
JCooper@littler.com

Attorneys for Defendants, GE Vernova Inc., GE Vernova International LLC, and General Electric Company

4876-8897-0744.4 / 999991-1036