Megan J. Crowhurst, OSB No. 132311
mcrowhurst@littler.com
Rachael Curtis, OSB No. 262350
racurtis@littler.com
Sarah E. Miranda, OSB No. 236023
semiranda@littler.com
LITTLER MENDELSON, P.C.
Wells Fargo Tower
1300 SW 5th Avenue, Suite 2050
Portland, Oregon 97201
Telephone: 503.221.0309
Facsimile: 503.242.2457

Steven A. Groode, *admitted pro hac vice*
California Bar No. 210500
sgroode@littler.com
LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard, Suite 600
Walnut Creek, CA 94597
Telephone: 925.932.2468
Facsimile: 925.946.9809

Attorneys for Defendants GE Vernova Inc., GE Vernova International LLC, and General Electric Company

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

SEAN A. MAUZE, AN INDIVIDUAL,

Plaintiff,

v.

GE VERNOVA INC., a Foreign Business Corporation; GE VERNOVA INTERNATIONAL LLC, a Foreign Limited Liability Corporation; and GENERAL ELECTRIC COMPANY, a Foreign Business Corporation,

Defendants.

Case No. 6:24-cv-01800-MC

**NOTICE OF SUBSTITUTION OF COUNSEL**

PLEASE TAKE NOTICE that pursuant to Local Rule 83-11(d), Joseph Cooper, formerly of Littler Mendelson, P.C. hereby withdraws as counsel for Defendants GE Vernova Inc., GE Vernova International LLC, and General Electric Company ("Defendants"), and is substituted by Sarah E. Miranda of Littler Mendelson, P.C. Megan J. Crowhurst, Rachael Curtis, and Steven A. Groode (pro hac vice) will remain as counsel for Defendants. All further papers and pleadings should be served upon counsel at the addresses stated below.

Megan J. Crowhurst
Rachael Curtis
Sarah E. Miranda
LITTLER MENDELSON, P.C.
1300 SW 5th Avenue, Suite 2050
Portland, OR 97201
Email: MCrowhurst@littler.com
Email: RACurtis@littler.com
Email: SEMiranda@littler.com

Steven A. Groode
LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard, Suite 600
Walnut Creek, California 94597
Telephone: 925.932.2468
Facsimile: 925.946.9809
Email: SGroode@littler.com

This withdrawal and substitution is effective immediately.

Dated: September 14, 2026

LITTLER MENDELSON, P.C.

*/s/ Joseph Cooper*
Joseph Cooper, OSB No. 233531
jcooper@littler.com

Wells Fargo Tower
1300 SW 5th Avenue, Suite 2050
Portland, Oregon 97201
Telephone: 503.221.0309
Facsimile: 503.242.2457

Withdrawing Attorney for Defendants
GE Vernova Inc., GE Vernova International
LLC, and General Electric Company

Dated: September 14, 2026

LITTLER MENDELSON, P.C.

*/s/ Sarah E. Miranda*
Sarah E. Miranda, OSB No. 236023
SEMiranda@littler.com

Wells Fargo Tower
1300 SW 5th Avenue, Suite 2050
Portland, Oregon 97201
Telephone: 503.221.0309
Facsimile: 503.242.2457

*/s/ Steven A. Groode*
Steven A. Groode, *admitted pro hac vice*
California Bar No. 210500
SGroode@littler.com

Treat Towers
1255 Treat Boulevard, Suite 600
Walnut Creek, CA 94597
Telephone: 925.932.2468
Facsimile: 925.946.9809

Attorneys for Defendants
GE Vernova Inc., GE Vernova International LLC, and General Electric Company



LITTLER MENDELSON, P.C.
Wells Fargo Tower
1300 SW 5th Avenue, Suite 2050
Portland, Oregon 97201
503.221.0309